IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

DARRON McGEE,                              )
                                          )
        Plaintiff,                        )
                                          )
v.                                        )   CASE NO. 1:04-cv-446-F
                                          )        WO
LUMBER GROUP, INC., *et al.,*             )
                                          )
        Defendants.                       )

# O R D E R

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the Court that:

1.     The objection filed by plaintiff on May 9, 2005 (Doc. # 37) is overruled;

2.     The recommendation of the United States Magistrate Judge entered on April

       25, 2005 (Doc. # 36) is adopted;

3.     The defendants' motion for summary judgment (Doc. # 20) is GRANTED; and

4.     The pretrial conference set for May 26, 2005 is CANCELED.

The Clerk of the Court is DIRECTED to remove the above-styled case from the trial

docket.

A separate final judgment will be entered in accordance with this Order.

DONE this 24th day of May, 2005.


                              _____/s/ Mark E. Fuller_____
                              CHIEF UNITED STATES DISTRICT JUDGE